NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 19 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TAEK SANG YOON,

              Plaintiff-Appellant,

  v.

LEE, Physician CRC; et al.,

              Defendants-Appellees,

 and

DURANT, Librarian CRC, PINECO, CRC
Correctional Officer, individual capacity,

              Defendant.

No. 20-56248

D.C. No. 2:11-cv-06792-VAP-KK

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted April 11, 2022[**]

Before:     McKEOWN, CHRISTEN, and BRESS, Circuit Judges.

    Former California state prisoner Taek Sang Yoon appeals pro se from the

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to prosecute or comply with court orders. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Ingenco Holdings, LLC v. Ace Am. Ins. Co.,* 921 F.3d 803, 821 (9th Cir. 2019) (dismissal as a discovery sanction under Federal Rule of Civil Procedure 37); *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002) (dismissal for failure to prosecute or comply with court orders). We affirm.

The district court did not abuse its discretion by dismissing Yoon's action because Yoon repeatedly failed to appear for his deposition, properly meet and confer, or comply with court orders, and Yoon was notified that dismissal was imminent. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (setting forth factors for determining whether an action should be dismissed as a sanction for failure to comply with a court order); *Thompson v. Hous. Auth. of L.A.*, 782 F.2d 829, 831 (9th Cir. 1986) ("We have repeatedly upheld the imposition of the sanction of dismissal for failure to comply with pretrial procedures mandated by local rules and court orders.").

**AFFIRMED.**